

# Fourth Court of Appeals
## San Antonio, Texas

May 13, 2022

No. 04-22-00097-CV

Sharyn **DACBERT,**
Appellant/Cross-Appellee

v.

**MEDICAL CENTER OPHTHALMOLOGY ASSOCIATES, L.L.P.** and Michael Singer,
Appellees/'Cross- Appellants

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-06670
Honorable Martha Tanner, Judge Presiding

# O R D E R

Appellant/Cross-Appellee's second motion for an extension of time to file brief is GRANTED. The brief is due on or before **May 27, 2022.**

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of May, 2022.

MICHAEL A. CRUZ, Clerk of Court